Fill in this information to identify the case:

United States Bankruptcy Court for the

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter    11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 620 Arkell Drive House, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-1345403 |

4. Debtor's address

**Principal place of business**

4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423
Number, Street, City, State & ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

P O Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

620 Arkel Drive Beverly Hills, CA 90210
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other Specify

Debtor    **620 Arkell Drive House, LLC**    Case number (if known) _____
Name

7.  **Describe debtor's business**  A  *Check one:*

☐ Health Care Business (as defined in 11 U S C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U S C § 101(51B))

☐ Railroad (as defined in 11 U S C § 101(44))

☐ Stockbroker (as defined in 11 U.S.C § 101(53A))

☐ Commodity Broker (as defined in 11 U S C § 101(6))

☐ Clearing Bank (as defined in 11 U S C § 781(3))

☐ None of the above

B  *Check all that apply*

☐ Tax-exempt entity (as described in 26 U S C §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U S C §80a-3)

☐ Investment advisor (as defined in 15 U S C §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor  See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that)

☐ The debtor is a small business debtor as defined in 11 U S C § 101(51D)  If the debtor is a small business debtor, attach the most recent balance sheet  statement of operations  cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U S C § 1116(1)(B)

☐ The debtor is a small business debtor as defined in 11 U.S.C § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | District | | When | | Case number |

10  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes

| Debtor | 620 Arkell Drive House, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| List all cases If more than 1, attach a separate list | Debtor | Woodland Investment Group, LLC | Relationship | Common ownerhip |
|---|---|---|---|---|
| | District | Central District of California, San Fernando Valley Division | When 5/02/25 | Case number if known |

**11. Why is the case filed in this district?**

Check all that apply

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes    Answer below for each property that needs immediate attention. Attach additional sheets if needed

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety

What is the hazard?

☐ It needs to be physically secured or protected from the weather

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options)

☐ Other

Where is the property?

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes    Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one

☑ Funds will be available for distribution to unsecured creditors

☐ After any administrative expenses are paid no funds will be available to unsecured creditors

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **620 Arkell Drive House, LLC**
         Name                                                    Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I dec are under penalty of perjury that the foregoing is true and correct.

Executed on   05/01/2025
              MM / DD / YYYY

X _____  A.O.A.        Eli Sasson
Signature of authorized representative of debtor      Printed name

Title   Managing Member

**18. Signature of attorney**

X _____                Date 05/01/2025
Signature of attorney for debtor                  MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone   (310) 271-6223      Email address   michael.berger@bankruptcypower.com

100291 CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    620 Arkell Drive House, LLC

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑   Schedule H: Codebtors (Official Form 206H)

☑   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule

☑   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/01/2025     X _____    A.O.A.
                                     Signature of individual signing on behalf of debtor

                                       Eli Sasson
                                       Printed name

                                       Managing Member
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **620 Arkell Drive House, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans professional services and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

## United States Bankruptcy Court
### Central District of California

In re    **620 Arkell Drive House, LLC**

Debtor

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eli Sasson Living TR DTD 12/11/12<br>4312 Woodman Avenue, Ste 250<br>Sherman Oaks, CA 91423 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Eli Sasson, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    05/01/2025

Signature

Eli Sasson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Woodman Investment Group, LLC is filing a chapter 11 bankruptcy petition. Both the Debtor and Woodman Investment Group, LLC are owned by Eli Sasson.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Beverly Hills**                        , California.

Date:   **05/01/2025**

Eli Sasson
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1                  **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name     620 Arkell Drive House, LLC

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this s an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*.............. ......... . .........              $     100,000,000.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*...... ... .. ...... ..                         $        19,301.08

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*.................... ...... ...... .             $     100,019,301.08

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*          $     27,894,361.12

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*                                          $            0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*                        +$            0.00

4  Total liabilities
   Lines 2 + 3a + 3b                                                                                        $     27,894,361.12

**Fill in this information to identify the case:**

Debtor name    **620 Arkell Drive House, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **Bank of America** | Checking account | 8119 | $99.80 |
| 3.2. **Bank of America** | Checking account | 5237 | $19,201.28 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$19,301.08

**Part 2:**    **Deposits and Prepayments**
6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**
10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**
13. Does the debtor own any investments?

Debtor    **620 Arkell Drive House, LLC**    Case number *(if known)* _____
         ------Name------

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **620 Arkell Drive, Beverly Hills, CA 90210 New construction; 18,400 sq. ft. Class A Contemporary Estate. The property is currently listed for sale for $100,000,000 by Christie's RE SoCal / The Beverly Hills Estates and Nest Seekers International** | Fee simple | | Listing Price for the Property | $100,000,000.00 |

Debtor    **620 Arkell Drive House, LLC**      Case number *(if known)* _____
     Name

---

56.    **Total of Part 9.**                                      | $100,000,000.00 |

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☑ No
        ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

---

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☑ No. Go to Part 11.
     ☐ Yes Fill in the information below.

---

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes Fill in the information below.

                                             Current value of
                                           debtor's interest

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**
        **Debtor entered into a Loan Agreement with Axos Bank.
        Debtor was never in default and fully complied with the
        renewal terms under the Property Bridge Loan Renewal
        and Plan Agreement dated August 14, 2023. Debtor
        exercised its two six-month renewal options by
        submitting a written renewal request to Axos Bank,
        paying the $500 non-refundable review fee, providing
        updated bank statements and supporting documents,
        and emailing all required items to Axos Bank before the
        deadline. Axos Bank never signed the renewal
        agreement, despite Debtor's compliance, and did not
        issue a Notice of Default. Axos Bank subsequently
        transfered the loan to LA Buyer, LLC (current
        beneficiary). Debtor's principal, Eli Sasson, retained
        Jeffer Mangels Butler & Mitchell LLP to investigate the
        claim for a potential lawsuit against Axos Bank, LA
        Buyer, LLC, Greater LA Escrow, Inc., and Eli Weinberger
        (loan broker)**                                         Unknown

        Nature of claim             **Breach of Contract; Deceptive
                                     Foreclosure Practices; Fraud;
                                     Breach of Fiduciary Duty, etc.**

        Amount requested                     **Unknown**

---

Debtor    **620 Arkell Drive House, LLC**                          Case number *(If known)* _____
          <u>Name</u>

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **620 Arkell Drive House, LLC**    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $19,301.08 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................................> | | $100,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $19,301.08 + 91b. | $100,000,000.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92    $100,019,301.08

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **620 Arkell Drive House, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1**   **LA Buyer, LLC, current Beneficiary**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**620 Arkell Drive, Beverly Hills, CA 90210 New construction; 18,400 sq. ft. Class A Contemporary Estate.**<br>**The property is currently listed for sale for $100,000,000 by Christie's RE SoCal / The Beverly Hills Estates and Nest Seekers International.** | $27,575,399.54 | $100,000,000.00 |
| **134 W 25th Street**<br>**New York, NY 10001**<br>Creditor's mailing address | Describe the lien<br>**Deed of Trust/Cross-Collateralized with 6801 - 6817 Woodman Avenue, Van Nuys, CA**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**8/14/2023**<br>**Last 4 digits of account number**<br>**5702** | | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. LA Buyer, LLC, current Beneficiary**<br>**2. Los Angeles County** | As of the petition filing date, the claim is:<br>Check all that apply<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2**   **Los Angeles County**<br>Creditor's Name<br><br>**Treasurer and Tax Collector**<br>**225 N. Hill Street**<br>**POB 512102**<br>**Los Angeles, CA 90051**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**620 Arkell Drive, Beverly Hills, CA 90210 New construction; 18,400 sq. ft. Class A Contemporary Estate.**<br>**The property is currently listed for sale for $100,000,000 by Christie's RE SoCal / The Beverly Hills Estates and Nest Seekers International.**<br><br>Describe the lien<br>**Property Taxes** | $318,961.58 | $100,000,000.00 |

Debtor   **620 Arkell Drive House, LLC**                          Case number (if known) _____
           Name

|  | Is the creditor an insider or related party? |
|--|--|

Creditor's email address, if known _____

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**           ☑ No
**2024-2025**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8003**

**Do multiple creditors have an         As of the petition filing date, the claim is:**
interest in the same property?**        Check all that apply

☐ No                                    ☐ Contingent
☑ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
**Specified on line 2.1**

---

3   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        **$27,894,361.12**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Axos Bank**<br>**4350 La Jolla Village Drive Ste 140**<br>**San Diego, CA 92112** | Line __2.1__ | 8840 |

Fill in this information to identify the case:

Debtor name    620 Arkell Drive House, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U S C § 507).

   ■ No  Go to Part 2

   ☐ Yes  Go to line 2

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* |
|---|---|---|
| | | ☐ Contingent |
| | Date or dates debt was incurred | ☐ Unliquidated |
| | Last 4 digits of account number | ☐ Disputed |
| | | Basis for the claim: |
| | | Is the claim subject to offset?  ☐ No  ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b  +  $ | | 0.00 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c | 5c | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name  **620 Arkell Drive House, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Listing Agreement between Debtor and Christie's RE SoCal / The Beverly Hills Estates for the marketing and sale of Debtor's real property located at 620 Arkell Drive, Beverly Hills, CA 90210.  The Agreement commenced February 21, 2025 and is in effect through August 21, 2025. The listing price is $100,000,000.00.** | |
| | State the term remaining | **August 21, 2025** | **Christie's RE SoCal The Beverly Hills Estates** |
| | List the contract number of any government contract | | **433 N. Camden Drive, #600 Beverly Hills, CA 90210** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Listing Agreement between Debtor and Nest Seekers International for the marketing and sale of Debtor's real property located at 620 Arkell Drive, Beverly Hills, CA 90210.  The Agreement commenced April 25, 2025 and is in effect through April 25, 2026. The listing price is $100,000,000.00.** | |
| | State the term remaining | **April 25, 2026** | **Nest Seekers International c/o Jacob Cedeno** |
| | List the contract number of any government contract | | **271 North Canon Drive Beverly Hills, CA 90210** |

Fill in this information to identify the case:

Debtor name    620 Arkell Drive House, LLC

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Do you have any codebtors?

☐ No  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1  Codebtor | | Column 2  Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.1  Eli Sasson | 4312 Woodman Avenue, Ste 250 Sherman Oaks, CA 91423 | LA Buyer, LLC, current Beneficiary | ☑ D    2.1 ☐ E/F ☐ G |
| 2.2  Woodman Investment Group LLC | 4312 Woodman Avenue, Ste 250 Sherman Oaks, CA 91423 | LA Buyer, LLC, current Beneficiary | ☑ D    2.1 ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name        620 Arkell Drive House, LLC

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number *if known*

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1   Gross revenue from business

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For year before that: From  1/01/2023 to 12/31/2023 | ☐ Operating a business ☒ Other    Total income | $51,691.00 |

2   Non-business revenue
Include revenue regardless of whether that revenue is taxable. *Non business income* may include interest, dividends, money collected from lawsuits and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  Certain payments or transfers to creditors within 90 days before filing this case
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation  with n 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives, general partners of a partnership debtor and their relatives, affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  Repossessions, foreclosures, and returns

Debtor    620 Arkell Drive House, LLC                                   Case number _(if known)_

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations  and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation  or tort liability, list the total received | | |
|  | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property) | | |

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    620 Arkell Drive House, LLC

Case number _____

☐ None

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Law Offices of Michael Jay Berger 9454 Wilshire Blvd, 6th Floor Beverly Hills, CA 90212 | | 2/27/2025 | $26,738.00 |

Email or website address
Michael.Berger@bankruptcypower.com

Who made the payment, if not debtor?

12 **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device
Do not include transfers already listed on this statement

■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13 **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs
Include both outright transfers and transfers made as security  Do not include gifts or transfers previously listed on this statement

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14 **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:** Health Care Bankruptcies

15 **Health Care bankruptcies**
Is the debtor primarily engaged in offering services or facilities for
diagnosing or treating injury  deformity, or disease, or
providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9

☐ Yes. Fill in the information below

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

Debtor    620 Arkell Drive House, LLC                                      Case number _if known_

16  Does the debtor collect and retain personally identifiable information of customers?

☑ No.
☐ Yes. State the nature of the information collected and retained

17  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18  Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19  Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20  Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21  Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Official Form 207                          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor  620 Arkell Drive House, LLC _____    Case number (if known) _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders

■ No.
☐ Yes. Provide details below

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Provide details below

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24  Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25  Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|
| | | Dates business existed |

26  Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1 | Charlene Sarwecki<br>4312 Woodman, #250<br>Sherman Oaks, CA 91423 | 02/19 - present |
| 26a.2. | Brandon Phan<br>21709 Merridy Street<br>Chatsworth, CA 91311 | 7/1/21 - 8/18/23 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    620 Arkell Drive House, LLC _____    Case number _____

**Name and address**

26b 1    Milam, Knecht & Warner, LLP                          Date of service
         Michael Milam, CPA                                   From-To
         535 N. Brand Blvd., 6th Floor                        20+ years
         Glendale, CA

26c  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed

☐ None

**Name and address**                                         If any books of account and records are
                                                             unavailable, explain why
26c 1    Sassony Commercial Development
         4312 Woodman, #250
         Sherman Oaks, CA 91423

26d  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
     statement within 2 years before filing this case

☐ None

**Name and address**
26d 1    Axos Bank
         PO Box 80471
         City of Industry, CA 91716

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eli Sasson Living TR DTD 12/11/12 | 4312 Woodman Avenue, Ste 250 Sherman Oaks, CA 91423 | Managing Member | 100% |

**29** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below

**30** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor    620 Arkell Drive House, LLC                                    Case number (if known)

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes  Identify below

Name of the parent corporation                                   Employer Identification number of the parent
                                                                 corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes  Identify below

Name of the pension fund                                         Employer Identification number of the pension
                                                                 fund

## Part 14:    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both
18 U.S.C  §§ 152, 1341  1519  and 3571

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____ 05/01/2025

_____    Eli Sasson
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re    **620 Arkell Drive House, LLC**

Case No. _____

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 25,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was

    ✓ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is

    ✓ Debtor    ☐ Other (specify):

4.  ✓ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor, the above-disclosed fee does not include the following service:

    Filing an Adversary Proceeding against Axos Bank, LA Buyer, LLC, and other parties associated with the loan transaction.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/01/2025
_____
Date

_____
Michael Jay Berger
*Signature of Attorney*
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223   Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., | FOR COURT USE ONLY
State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re

620 Arkell Drive House, LLC

CASE NO.
CHAPTER 11

VERIFICATION OF MASTER
MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  1  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions

Date  05/01/2025

Signature of Debtor 1  A.O.A.

Date.

Date  05/01/2025

Signature of Debtor 2 (joint debtor) (if applicable)

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

620 Arkell Drive House, LLC
4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

Axos Bank
4350 La Jolla Village Drive Ste 140
San Diego, CA 92112

Christie's RE SoCal
The Beverly Hills Estates
433 N. Camden Drive, #600
Beverly Hills, CA 90210

Eli Sasson
4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423

LA Buyer, LLC, current Beneficiary
134 W 25th Street
New York, NY 10001

Los Angeles County
Treasurer and Tax Collector
225 N. Hill Street
POB 512102
Los Angeles, CA 90051

Nest Seekers International
c/o Jacob Cedeno
271 North Canon Drive
Beverly Hills, CA 90210

```
Woodman Investment Group LLC
4312 Woodman Avenue, Ste 250
Sherman Oaks, CA 91423
```

Attorney or Party Name, Address, Telephone & FAX Nos. and State Bar No. & Email Address

Michael Jay Berger (SBN 100291)
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☑ Attorney for: 620 Arkell Drive House, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

620 Arkell Drive House, LLC

Debtor(s).

Plaintiff(s).

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER    11

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate

I,    Eli Sasson
      (Print Name of Attorney or Declarant)        , the undersigned in the above-captioned case, hereby declare
under penalty of perjury under the laws of the United States of America that the following is true and correct

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

:     I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:  I own 100% of the corporation's equity interest.

b   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

05/01/2025

Date

By:    _____

Signature of Debtor, or attorney for Debtor

Name:   **Eli Sasson**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

F 1007-4.CORP.OWNERSHIP.STMT